CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 29 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **EARNEST ROBERT BAXTER,** | ) | Criminal Case No. 7:09cr00046 |
| Petitioner, | ) | |
| | ) | **2255 FINAL ORDER** |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **By: Samuel G. Wilson** |
| Respondent. | ) | **United States District Judge** |

In accordance with the court's memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that Baxter's motion pursuant to 28 U.S.C. § 2255 is **DISMISSED**, and the case is **STRICKEN** from the court's active docket. Further, finding that Baxter has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

**ENTER:** November 29, 2012.

_____
UNITED STATES DISTRICT JUDGE